46211, 46212.   GREEN et al. v. MAULDIN (two cases).

QUILLIAN, Judge. The decision in Division 3 of *Mauldin v. Green,* 124 Ga. App. 557, has rendered the issues in these cases moot. Hence, the appeals must be

*Dismissed. Bell, C. J., Jordan, P. J., Hall, P. J., Eberhardt, Pannell, Deen, Whitman and Evans, JJ., concur.*

ARGUED MAY 6, 1971—DECIDED SEPTEMBER 13, 1971—
REHEARING DENIED OCTOBER 7, 1971.

*Powell, Goldstein, Frazer & Murphy, John T. Marshall, John C. Gray,* for appellants.

*Peek, Whaley & Haldi, Glenville Haldi, C. Glenn Stanford,* for appellees.